IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Criminal Action: | 18-cr-00432-RBJ | Date: February 19, 2020 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Ryan Kinsella |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Bryan D. Fields |
| v. | |
| 1. DWANE NEVINS<br>**Defendant** | Timothy P. O'Hara |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     2:02 p.m.

Appearances of counsel.

Defendant present on bond.

The Court outlines the factual basis previously stated at the change of plea hearing.

**2:35 p.m.      Court in recess.**
**2:48 p.m.      Court in session.**

Argument given on sentencing.

Objections addressed.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:  [122] Restricted document is DENIED**.

**ORDERED:**   Defendant shall be **imprisoned** for **18 months** as to Counts 1, 2, 3, 6, 7, and 8 of the Indictment, to run concurrently.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years**, to run concurrently.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Court RECOMMENDS that the Bureau of Prisons place the defendant at FCI Englewood in Colorado.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

**ORDERED:**   **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$600.00** Special Assessment fee, to be paid immediately.

Forfeiture ordered in the amount of **$9000.**

**ORDERED:**   Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons.

**Court in recess:**  3:58 p.m.            Hearing concluded.            Total time:      01:43