IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:18-cr-00432-RBJ-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DWANE NEVINS

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      IT IS ORDERED that Defendant, DWANE NEVINS, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Englewood Satellite Prison Camp, 9595 West Quincy Avenue, Littleton, Colorado 80123, on March 11, 2020, by 12:00 p.m., and will travel at his own expense.

      DATED at Denver, Colorado, this 26th day of February, 2020.

                                BY THE COURT:

                                _____
                                R. BROOKE JACKSON
                                United States District Judge